ANDREW ROZYNSKI (admitted *pro hac vice*)
arozynski@eandblaw.com
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
Main: (212) 353-8700
Fax: (212) 353-1708

Attorney for Plaintiff
SUSAN MARIE PASHKOVSKY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARIE PASHKOVSKY,<br><br>   Plaintiff,<br><br> v.<br><br>ST. JOSEPH HEALTH, ST. MARY MEDICAL CENTER; PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH AND SERVICES,<br><br>   Defendants. | Case No.: 5:18-CV-2147-JGB-(KKx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Jesus G. Bernal<br>Action Filed: October 8, 2018 |

  In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff SUSAN MARIE PASHKOVSKY ("Plaintiff") and Defendants ST. JOSEPH HEALTH, ST. MARY MEDICAL CENTER, et al. ("Defendants"), by and through their attorneys of record, provide notice to the Court that the Parties have executed a settlement agreement. The Parties also request that the Court enter an order expressly retaining jurisdiction.

  IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties, that this action is dismissed against Defendants with prejudice, and without costs to either party, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated: April 21, 2020 | By: /s/ Andrew Rozynski <br> Andrew Rozynski, Esq. <br> EISENBERG & BAUM, LLP <br> *Attorneys for Plaintiff* <br><br> By: _____ <br> Curtis C. Holmes II, Esq. <br> WEST, BORGES, ROSA & DOUVILLE LLP <br> *Attorneys for Defendants* |

## ATTESTATION OF FILING

I, Andrew Rozynski, hereby attest that Curtis C. Holmes II agreed with the content of this Stipulation of Dismissal and authorized its filing.

Dated: April 21, 2020

By: /s/ Andrew Rozynski
Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
*Attorneys for Plaintiff*