JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARIE PASHKOVSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>ST. JOSEPH HEALTH, ST. MARY MEDICAL CENTER; PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH AND SERVICES,<br><br>    Defendants. | Case No.: 5:18-CV-2147-JGB-(KKx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

Before the Court is the Parties' Stipulation of Dismissal. Having read and considered the parties' stipulation, and with good cause shown, IT IS HEREBY ORDERED that this action is dismissed against Defendants with prejudice, and without costs to either party, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court also expressly retains jurisdiction.

IT IS SO ORDERED.

Dated: April 23, 2020

_____
Hon. Jesus G. Bernal
United States District Judge